IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-03917 WHA<br><br>**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER** |

　　　The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 7, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE