IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>   Defendant.<br>                                                        / | No. C 10-03917 WHA<br><br>**ORDER REGARDING ATTENDANCE AT WITHDRAWAL MOTION HEARING** |

A hearing on Attorney John B. McMorrow's motion to withdraw as counsel for defendant is set for 8:00 a.m. on February 3, 2011. Attorney McMorrow is hereby ordered to procure the presence of his client at this hearing. Attorney McMorrow has represented that his client, Clarence Byal, is a ninety-year-old man, and that Mr. Byal's son is acting as Mr. Byal's "spokesman" in this matter. Both Mr. Byal (Attorney McMorrow's client) and his son (the client's spokesman) must be present at the February 3 hearing. Additionally, plaintiff's counsel is expected to attend the hearing as well.

**IT IS SO ORDERED.**

Dated: January 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE