JOHN H. PODESTA [154706]
GEOFFREY HUTCHINSON [212050]
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA  94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981
E-Mail:  jpodesta@bbgslaw.com
         ghutchinson@bbgslaw.com

Attorneys for Defendants, **CLARENCE BYAL** *dba*
**VIPER LOUNGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>Defendants. | Case No:  3:10-cv-03917-WHA-EDL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**<br><br>~~[PROPOSED]~~ **ORDER** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants, CLARENCE BYAL dba VIPER LOUNGE, hereby substitutes Branson, Brinkop, Griffith & Strong, LLP in place of the Law Offices of John B. McMorrow, a Professional Corporation, as its counsel of record in this action.  The contact information for new counsel is as follows:

John H. Podesta (jpodesta@bbgslaw.com)
Geoffrey Hutchinson (ghutchinson@bbgslaw.com)
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, California  94063
Telephone:  (650) 365-7710 / Facsimile:  (650) 365-7981

1

I consent to this substitution.

Dated: January 27, 2011

_____
Clarence Byal

I consent to this substitution.

Dated: January 28, 2011

LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation

By: _____
John B. McMorrow, Esq.

I consent to this substitution.

Dated: January ___, 2011

BRANSON, BRINKOP, GRIFFITH & STRONG

By: _____
John H. Podesta, Esq. / Geoffrey Hutchinson, Esq.
Attorneys for Defendants, CLARENCE BYAL
dba VIPER LOUNGE

Attorney John B. McMorrow's motion to withdraw as counsel for defendant is hereby denied as moot. The hearing on the motion set for February 3, 2011, is **VACATED**.

IT IS SO ORDERED:

Dated: January 31, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
WILLIAM ALSUP

2