BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>Defendants. | Case No: 3:10-cv-03917-WHA-EDL<br><br>STIPULATION AND [PROPOSED]<br>ORDER Re: ~~RELIEF FROM SCHEDULING ORDER FOLLOWING CMC (DOC NO.15) AND~~ LEAVE TO FILE AMENDED ANSWER AND THIRD PARTY COMPLAINT |

The parties to this action, by and through their counsel, hereby stipulate that Defendant, CLARENCE BYAL dba VIPER LOUNGE ~~be given relief from the Scheduling Order following CMC (Doc No. 15) and~~ may ~~hereby~~ file an amended answer and third party complaint, a copy of which is attached hereto.

Defendants request the Court find good cause for this request:

First, following the motion for Mr. McMorrow to be relieved as counsel, new counsel for the defendants did not appear in this matter until January 31, 2011, the date in the scheduling order to amend pleadings or add new parties.

Second, since becoming counsel of record, I have learned that the insurance agent who

1

1  placed the Century Surety policy, made misrepresentations to the defendants about the scope of
2  coverage that would be provided such that, if Century Surety is correct in its position that the
3  policy, as issued, does not provide coverage, then the insurance agent has liability for failure to
4  obtain the correct coverage. To have all the issues tried simultaneously, where there are
5  overlapping issues of fact and law, justice requires that the agent be added to this litigation.

Dated: March 9, 2011           BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

                               By: _____
                                   John H. Podesta, Esq.
                                   Attorneys for Defendants, CLARENCE BYAL
                                   dba VIPER LOUNGE

Dated: March 8, 2011           WOOLLS & PEER

                               By: _____
                                   Lisa Darling-Alderton, Esq.
                                   Attorneys for Plaintiff, CENTURY SURETY

IT IS SO ORDERED:

The court having reviewed the Stipulation above hereby ORDERS ~~that relief from the Scheduling Order (Doc No 15) is hereby GRANTED, and~~ that leave of court is granted for Defendants to file an amended answer and third party complaint, the form which is attached to the Stipulation. Responsive pleadings shall be filed according to the FRCP and Local Rules upon service of the amended answer and third party complaint.

The filing must be made by **Noon on March 14, 2011.** This order shall not be grounds for altering future case management deadlines.

Dated: March 10, 2011.         _____
                               UNITED STATES DISTRICT COURT
                               HONORABLE WILLIAM ALSUP