**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY SURETY COMPANY,

    Plaintiff,

v.

CLARENCE BYAL dba VIPER LOUNGE,

    Defendant.
_____/

CLARENCE BYAL dba VIPER LOUNGE,

    Third-Party Plaintiff,

v.

JAMES OBERLE,

    Third-Party Defendant.
_____/

AND RELATED COUNTERCLAIMS.
_____/

No. C 10-03917 WHA

**ORDER DENYING STIPULATED REQUEST TO AMEND CASE MANAGEMENT SCHEDULE**

On September 6, 2011, the parties filed a stipulated request "for an Order Amending the Court's December 9, 2010 Minute Order following CMC (Doc #15) and establishing dates for certain key dates" (Dkt. No. 41). Good cause not having been shown, the request is **DENIED**.

*First*, the minute entry (Dkt. No. 15) was superceded by the case management scheduling order (Dkt. No. 16), and the latter is what controls the schedule. That order *does* establish deadlines and procedures for all of the "key dates" the parties identify.

*Second*, good cause has not been shown for a wholesale replacement of the case management scheduling order, as the parties propose. This action was filed on September 1, 2010, and fact discovery closed on August 31, 2011. The parties had *a full year* to complete fact discovery in a timely manner, but they waited until the last two months of the fact discovery period to even begin taking discovery (Dkt. No. 41 at ¶ 5). This lack of diligence will not be rewarded with a second chance.

The denial of the parties' stipulated request is without prejudice to considering a more narrowly tailored request to amend the case management scheduling order — for example, to accommodate the deposition scheduled for September 9, 2011. The parties are advised, however, that any such request must be supported by good cause and must not unreasonably disrupt the remainder of the case management schedule.

**IT IS SO ORDERED.**

Dated: September 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE