United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY SURETY COMPANY,

    Plaintiff,

v.

CLARENCE BYAL dba VIPER LOUNGE,

    Defendant.

No. C 10-03917 WHA

**ORDER SETTING HEARING RE SETTLEMENT**

The Court **SETS** a telephone conference at **2:30 P.M. ON OCTOBER 31, 2011**, to discuss the settlement referenced in BBGS's letter of October 28, 2011. Please contact the Court at 415-522-3684 when BBGS has all parties on the line.

**IT IS SO ORDERED.**

Dated: October 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE