IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>　　　Defendant.<br>———————————————————————/<br>CLARENCE BYAL dba VIPER LOUNGE,<br><br>　　　Third-Party Plaintiff,<br><br>　v.<br><br>JAMES OBERLE,<br><br>　　　Third-Party Defendant.<br>———————————————————————/<br>AND RELATED COUNTERCLAIMS.<br>———————————————————————/ | No. C 10-03917 WHA<br><br>**ORDER GRANTING EXTENSION OF DEADLINES DUE TO SETTLEMENT** |

On October 28, 2011, the parties submitted a letter stating that a settlement had been reached and that the terms of the settlement had been stated on the record in open court in the underlying state-court action. The parties requested a continuance of all deadlines in the instant action to allow time for the settlement to be reduced to writing. As stated at the October 31 telephone conference, the remaining deadlines are extended as follows. The hearing on the summary judgment motion set for November 17 is continued to **2:00 P.M. ON DECEMBER 15**.

The final pretrial conference set for November 28 is continued to **2:00 P.M. ON DECEMBER 27**. The trial set to begin on December 5 is continued to **7:30 A.M. ON JANUARY 3, 2012**. The Rule 26 disclosure deadline set for November 4 is extended to **DECEMBER 2**. The motion *in limine* deadline set for November 8 is extended to **NOVEMBER 22**. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated:  October 31, 2011. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2